# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1665
_____

ALYSSA RENEE TURNER,

Appellant,

v.

JORGE JONATHON VERA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory P. Farrar, Farrar Law Firm and Mediation Group, Pensacola, for Appellant.

No appearance for Appellee.